# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129033

IN RE PAROLE OF JOSEPH W.
BUCKNER.
_____/

JOSEPH WALTER BUCKNER,
      Petitioner-Appellant,

v

                                  SC: 129033
                                  COA: 258861
                                  Ingham CC: 03-000994-AP

PAROLE BOARD,
      Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

Clerk